The Court approves the notice of dismissal
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLARK LOGIC, LLC, | ) | CASE NO. 1:21-cv-01411 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **PARTIES' JOINT NOTICE OF** |
| | ) | **DISMISSAL UNDER FEDERAL** |
| 185 WEST MAIN FINANCIAL, LLC, *et al.*, | ) | **RULE OF CIVIL PROCEDURE** |
| | ) | **41(a)(1)(A)(ii)** |
| Defendants. | ) | |
| | ) | |
| | ) | |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Clark Logic, LLC and Defendants 185 West Main Financial, LLC, Brian Coll, and David Niederst hereby stipulate to the dismissal with prejudice of all claims in this matter. Plaintiff Clark Logic and Defendants shall each bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Justin M. Croniser | /s/ Sarah M. Benoit (per email consent 2/14/2022) |
| Royce R. Remington (0040408) | Jeffrey J. Patter (0027884) |
| Justin M. Croniser (0079462) | Sarah M. Benoit (0086616) |
| Alayna K. Bridgett (0100297) | ULMER & BERNE LLP |
| HAHN LOESER & PARKS LLP | 65 E. State Street, Suite 1100 |
| 200 Public Square, Suite 2800 | Columbus, Ohio 43215 |
| Cleveland, Ohio 44114 | (Tel) 614-229-0000 |
| (Tel) 216-621-0150 | (Fax) 614-229-0001 |
| (Fax) 216-241-2824 | jpatter@ulmer.com |
| rrr@hahnlaw.com | sbenoit@ulmer.com |
| jcroniser@hahnlaw.com | |
| abridgett@hahnlaw.com | Mengxue Xie (0097054) |
| | ULMER & BERNE LLP |
| Attorneys for Plaintiff Clark Logic, LLC | 1660 W. 2nd Street, Suite 1100 |
| | Cleveland, Ohio 44113 |
| | (Tel) 216-583-7000 |
| | (Fax) 216-583-7001 |
| | mxje@ulmer.com |
| | |
| | Attorneys for Defendants 185 West Main Financial, LLC, David Niederst, and Brian Coll |

13349666.1